IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDISON LEARNING, INC., | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | No. 11-7190 |
| v. | : | |
| | : | |
| THE SCHOOL DISTRICT OF PHILADELPHIA, | : | |
|     Defendant. | : | |

## ORDER

**AND NOW,** this ___21st_ day of ___October_____, 2014, it is **ORDERED** that the School District of Philadelphia's Motion for Summary Judgment on Edison Learning's Claims (ECF No. 48) is **GRANTED**.  It is **FURTHER ORDERED** that the School District of Philadelphia's Motion for Summary Judgment on the School District's Amended Counterclaim (ECF No. 49) is **DENIED**, and Edison Learning's Motion for Summary Judgment on the School District's Amended Counterclaim (ECF No. 50) is **GRANTED.**

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:  Copies **MAILED** on _____ to: